IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIANA BANY, ETC., )
    Plaintiff, )
     )
    v. )  Civil Action No. 06-1315
     )
HEALTH DEVICES CORPORATION, )
ETC., )
    Defendant. )

ORDER

AND NOW this 5th day of October, 2006, the Court having received plaintiff's motion to seal original complaint [document #2], IT IS HEREBY ORDERED that the motion is GRANTED and the original complaint [document #1] shall be placed under seal.

BY THE COURT:

_____, J.

cc: All parties of record