IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANA BANY, a/k/a BRIANA BANKS, | ) ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HEALTH DEVICES CORP., d/b/a DOC JOHNSON ENTERPRISES, | ) ) |
| | ) |
| Defendant. | ) |

Civil Action No. 06-1315
Judge Gary L. Lancaster
Magistrate Judge Lisa Pupo Lenihan

## **MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court and was subsequently referred to

United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the

Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for

Magistrates

The Magistrate Judge's Report and Recommendation recommended that the Defendant's

Motion to Dismiss for Forum Non Conveniens or Transfer Under 28 U.S.C. § 1404(a) be granted

in the form of transfer of this action to the United States District Court for the Central District of

California. Service was made on all counsel of record. Objections to the Report and

Recommendation were filed by Plaintiff. Defendant's Response was merely a refiling of its

Brief in Opposition.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this **23** day of July, 2007:

IT IS HEREBY ORDERED  that Defendant's Motion to Dismiss or Transfer be granted in the form of transfer of this action to the United States District Court for the Central District of California. forthwith.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Lenihan is adopted as the Opinion of the Court.

Gary L. Lancaster
United States District Judge

cc:  All counsel of Record

2